LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile: (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
KIMBERLY SNOWDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. S-07-366 GEB |
| Plaintiff, | |
| | STIPULATION AND [PROPOSED] ORDER AMENDING MOTION SCHEDULE; FINDING OF EXCLUDABLE TIME |
| v. | |
| DONALD F. NEUHAUS, et al., | |
| Defendants. | |

The United States of America, through Assistant U.S. Attorney R. Steven Lapham, and defendant Kimberly Snowden, through her counsel Scott L. Tedmon; defendant Robert Eberle, through his counsel Timothy E. Warriner; defendant Barbara Eberle, through her counsel Joseph J. Wiseman; defendant Clifford Palm, through his counsel James R. Greiner; defendant Robert Koppel, through his counsel J. Toney, and defendant Mark Wolok, through his counsel Christopher Haydn-Myer, hereby stipulate and agree as follows:

1. The current motion schedule is as follows: Defense Motions due December 2, 2011; Government Response due January 13, 2012; Defense Reply Due February 3, 2012; Hearing on Motions set for February 24, 2012 at 9:00 a.m.

2. This Court previously made an ends of justice finding regarding the preparation and filing of defense motions pursuant to 18 U.S.C. § 3161(h)(7)(A); and excluded time pursuant 18 U.S.C.

1  § 3161(h)(7)(B)(iv); [Local Code T4] through December 2, 2011 to allow necessary time for the
2  preparation and filing of defense motions.
3      3. Given the voluminous amount of discovery, which approximates 800,000 pages, and the
4  complexity of certain pretrial motions being researched and contemplated for filing, defense counsel
5  needs additional time to properly and effectively prepare pretrial motions. Additionally, AUSA Lee
6  Bickley will be responding to the defense motions and is out of the office until January, 2012. As
7  such, all parties concur in this request to amend the current motion schedule.
8      4. Government and defense counsel stipulate it is appropriate to amend the motion schedule
9  as follows: Defense Motions due January 13, 2012; Government Response due February 17, 2012;
10 Defense Reply due March 9, 2012; Hearing on Motions set for March 30, 2012 at 9:00 a.m.
11 Courtroom Deputy Clerk Shani Furstenau has confirmed the requested hearing date of March 30,
12 2012 at 9:00 a.m. is available. Jury trial in this case has been set for September 11, 2012.
13     5. Accordingly, the parties stipulate that pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [Local
14 Code T4], the Court find that time be excluded through January 13, 2012, the proposed date for
15 filing of defense motions, based on defense counsel's need for additional time to properly and
16 effectively prepare pretrial motions; and pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court find that
17 the ends of justice in amending the motion schedule outweigh the best interests of the public and the
18 defendants in a speedy trial.
19     Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their
20 behalf.
21 **IT IS SO STIPULATED.**

DATED: November 21, 2011    BENJAMIN B. WAGNER
United States Attorney

/s/ R. Steven Lapham
R. Steven Lapham
Assistant United States Attorney

DATED: November 21, 2011    LAW OFFICES OF SCOTT L. TEDMON

/s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Kimberly Snowden

DATED: November 21, 2011    LAW OFFICES OF TIMOTHY E. WARRINER

/s/ Timothy E. Warriner
TIMOTHY E. WARRINER
Attorney for Defendant Robert Eberle

DATED: November 21, 2001    LAW OFFICES OF JOSEPH J. WISEMAN

/s/ Joseph J. Wiseman
JOSEPH J. WISEMAN
Attorney for Defendant Barbara Eberle

DATED: November 21, 2011    LAW OFFICES OF JAMES R. GREINER

/s/ James R. Greiner
JAMES R. GREINER
Attorney for Defendant Clifford Palm

DATED: November 21, 2011    LAW OFFICES OF J. TONEY

/s/ J. Toney
J. TONEY
Attorney for Defendant Robert Koppel

DATED: November 21, 2011    LAW OFFICES OF CHRISTOPHER HAYDN-MYER

/s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Defendant Mark Wolok

1 **ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, the Court finds it reasonable and appropriate that the motion schedule be amended as agreed upon by all parties, and that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], based on defense counsel's need for additional time to properly and effectively prepare pretrial motions; and further finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice in granting this amended motion schedule outweigh the best interests of the public and the defendants in a speedy trial. Accordingly,

IT IS ORDERED the motion schedule is amended as follows: Defense Motions due January 13, 2012; Government Response due February 17, 2012; Defense Reply due March 9, 2012; Hearing on Motions set for March 30, 2012 at 9:00 a.m.

IT IS FURTHER ORDERED that based on the foregoing, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), [Local Code T4], the period from December 2, 2011, the date on which defense motions were previously due and through which time has already been excluded; to and including January 13, 2012, the date on which defense motions are now due for filing; is excluded from the time computations required by the Speedy Trial Act. Additionally, based on the foregoing, the Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice in granting this amended motion schedule outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

Dated: November 22, 2011

GARLAND E. BURRELL, JR.
United States District Judge