Timothy E. Warriner (SB#166128)
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Robert Eberle

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>ROBERT EBERLE, *et al.*,<br><br>   Defendants. | Case No. CRS 07 0366 GEB<br><br>STIPULATION AND PROPOSED ORDER FOR WITNESS DEPOSITION (FED. R. CRIM. PROC. 15) |

The parties, through their respective counsel, hereby stipulate and agree to the following:

1. Rule 15 of the Federal Rules of Criminal Procedure provides for the deposition of prospective witnesses in order to preserve testimony for trial. Fed. R. Crim. Proc. 15(a)(1). Fed. R. Crim. Proc. 15(h) provides that "the parties may by agreement take and use a deposition with the court's consent."

2. Reasonable written notice of the deposition's date and location must be given to the parties. Fed. R. Crim. Proc. 15(b)(2). The deposition must be taken and filed in the same manner as a deposition in a civil action except that the scope and manner of the deposition examination and cross-examination must be the same as would be allowed during trial. Fed. R. Crim. Proc. 15(e)(2).

1

3. The defendants have the right upon request to be present at the deposition, subject to any conditions imposed by the court. Fed. R. Crim. Proc. 15(c)(2).

4. The parties hereby stipulate to taking the deposition of Karl May. Mr. May is 88 years old. He resides in Chico, California (Butte County). Mr. May was one of several sales persons employed by defendant Robert Eberle during the time period alleged in the indictment. Among other things, Mr. May has personal knowledge about training given by Robert Eberle concerning the investments at issue in this case. Given his advanced age, the parties stipulate that there are extraordinary circumstances warranting a pre-trial deposition.

5. The parties stipulate that the deposition will be held on a date and time agreeable to the parties and with sufficient notice of not less than 10 days to permit the attendance of all parties and their counsel. Because of Mr. May's age, it is stipulated that the deposition will be held in Butte County, California. It is further stipulated that the deposition be video recorded to permit the jury to assess the witness' demeanor in the event the deposition is used at trial.

6. The parties further stipulate that they will advise their clients of the right to attend the deposition, and that the non-appearance of any client will be deemed a waiver of appearance.

7. The undersigned hereby agrees and stipulates to the foregoing terms concerning the deposition of witness Karl May.

Dated: January 17, 2012 /s/ Robert S. Lapham, Assistant U.S. Attorney

Dated: January 17, 2012 /s/ Timothy E. Warriner, Attorney for Robert Eberle

Dated: January 17, 2012                    /s/ Joseph Wiseman, Attorney for
                                           Barbara Eberle

Dated: January 17, 2012                    /s/ Scott Tedmon, Attorney for
                                           Kimberly Snowden

Dated: January 17, 2012                    /s/ J. Toney, Attorney for defendant
                                           Robert Koppel

Dated: January 17, 2012                    /s/ Chris Haydn-Myer, Attorney for
                                           defendant Mark Wolok

Dated: January 17, 2012                    /s/ James R. Greiner, Attorney for
                                           defendant Clifford Palm

## ORDER

Upon stipulation of the parties, with good cause appearing therein,

IT IS HEREBY ORDERED pursuant to Rule 15(h) of the Federal Rules of Criminal Procedure that the parties may take the deposition of witness Karl May. The deposition shall be arranged by counsel for Robert Eberle, Mr. Timothy E. Warriner, and shall be held at a mutually agreed time and place with reasonable notice of not less than 10 days to all parties through their respective counsel.

**Date: 1/17/2012**

                                           GARLAND E. BURRELL, JR.
                                           United States District Judge