**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
CLIFFORD PALM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> DONALD F. NEUHAUS, et al., ) <br> ) <br> ) <br> ) <br> DEFENDANTS. ) <br> _____) | CR.-S-07-00366-GEB <br><br> STIPULATION AND PROPOSED ORDER AMENDING MOTION SCHEDULE; FINDING EXCULDABLE TIME UNDER THE SPEEDY TRIAL ACT |

The United States of America, by its counsel, Assistant United States Attorneys, R. Steven Lapham and Lee Bickley and defendant Kimberly Snowden through her counsel Scott Tedmon, defendant Robert Eberle through his counsel Timothy E. Warriner, defendant Barbara Eberle through her counsel Joseph J. Wiseman, defendant Robert Koppel through his counsel J. Toney, defendant Mark Wolok through his counsel, Chris Haydn-Myer and defendant Clifford Palm, through his counsel James R. Greiner, hereby stipulate and agree as follows:

1. The current motion schedule is as follows: Defense Motions due March 30, 2012: Government Response due April 27, 2012; Defense Reply due May 18, 2012; Hearing on Motions set for June 1, 2012 at 9:00 a.m..

1

2. The parties want to modify only two dates: Change the due date of the defense motions to April 6, 2012 (they were due March 30, 2012) and change the opposition date for the government's oppositions to May 4, 2012 (they were due April 27, 2012). All of the other dates, at this time, remain the same.

3. This Court previously made an ends of justice finding regarding the preparation and filing of defense motions pursuant to Title 18 U.S.C. section 3161(h)(7)(A); and excluded time pursuant to Title 18 section 3161(h)(7)(B)(iv); [Local Code T4] through March 30, 2012 to allow necessary time for the preparation and filing of defense motions.

4. The specific reason for this request to modify the briefing schedule is that the government on or about March 29, 2012, produced approximately an additional 1,586 pages of new discovery, on top of the already approximate 800,000 pages of discovery in the case. Defense counsel is requesting time to review this additional discovery just produced by the government. Given the voluminous amount of discovery, which approximates 800,000 pages and the complexity of certain pretrial motions being researched and contemplated for filing, defense counsel needs additional time to properly and effectively prepare pretrial motions. As such, all parties agree in this request to amend the current motion schedule and set a new hearing date in this matter. The defense and the government have talked about this and all parties are in agreement with this.

5. The Government and all defense counsel stipulate and agree it is appropriate to amend that motion schedule as follows: Defense Motions due April 6, 2012; Government Oppositions due May 4, 2012; all other dates, at this time, remain the same.

6. Accordingly, the parties stipulate that pursuant to Title 18 U.S.C. section 3161(h)(7(B)(iv) [Local Code T4], the Court find that time be excluded through April 6, 2012, the proposed date for the filing of the defense motions, based on defense

counsel's need for additional time to properly and effectively prepare pretrial motions, and pursuant to Title 18 U.S.C. section (h)(7)(A), that the Court find that the ends of justice in amending the motion schedule outweigh the best interests of the public and the defendants in a speedy trial.

Finally, James R. Greiner has been authorized by all counsel to sign this stipulation on their behalf.

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ R. Steven Lapham
/s/ Lee Bickley

DATED: 3-30-12
_____
R. Steven Lapham
Lee Bickley
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEY FOR THE PLAINTIFF

DATED: 3-30-12          /s/ Scott Tedmon
_____
Scott Tedmon
Attorney for Defendant
Kimberly Snowden

DATED: 3-30-12          /s/ Timothy E. Warriner
_____
Timothy E. Warriner
Attorney for Defendant
Robert Eberle

DATED 3-30-12          /s/ Joseph J. Wiseman
_____
Joseph J. Wiseman
Attorney for Defendant
Barbara Eberle

DATED: 3-30-12          /s/ J. Toney
_____
J. Toney
Attorney for Defendant
Robert Koppel

| | | |
|---|---|---|
| DATED: 3-30-12 | /s/ Chris Haydn-Myer | |

Chris Haydn-Myer
Attorney for Defendant
Mark Wolok

DATED: 3-30-12        /s/ James R. Greiner

James R. Greiner
Attorney for Defendant
Clifford Palm

# ORDER

GOOD CAUSE APPEARING and based upon the above stipulation, the Court finds it reasonable and appropriate that the motion schedule be amended as agreed upon by all parties, and that time be excluded under the Speedy Trial Act pursuant to Title 18 U.S.C. section 3161(h)(7)(B)(iv) [Local Code T4], based on defense counsel's need for additional time to properly and effectively prepare pretrial motions and further finds that pursuant to Title 18 U.S.C. section 3161(h)(7)(A), the ends of justice in granting this amended motion schedule outweigh the best interests of the public and the defendants' rights in a speedy trial. Accordingly,

IT IS ORDERED the motion schedule is amended as follows: Defense Motions due April 6, 2012; Government Oppositions due May 4, 2012; at this time, all other dates, including the hearing date, remain the same.

IT IS FURTHER ORDERED that based on the foregoing pursuant to Title 18 U.S.C. section (h)(7)(B)(iv [Local Code T4] the period from March 30, 2012, the date on which defense motions were previously due and through April 6, 2012, the date on which defense motions are now due for filing, is excluded from the computations required by the Speedy Trial Act. Additionally, based on the foregoing ,the Court

finds that pursuant to Title 18 U.S.C. section 3161(h)(7)(A), the ends of justice in granting this amended motion schedule outweigh the best interests of the public and the defendants in a speedy trial

**IT IS SO ORDERED.**

Dated: March 30, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

5