**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:  530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**BARBARA EBERLE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR-07-366 GEB |
| | ) |
| | ) |
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| | ) ORDER CONTINUING TRIAL |
| | ) CONFIRMATION HEARING |
| v. | ) |
| | ) |
| BARBARA EBERLE, et al. | ) Time: 9:00 a.m. |
| | ) Date: July 13, 2012 |
| | ) Judge: Garland E. Burrell, Jr. |
| Defendant. | ) |
| | ) |

     IT IS HEREBY STIPULATED by and among the parties, UNITED STATES OF AMERICA, through its undersigned counsels of record, Assistant United States Attorneys R. Steven Lapham, and Lee S. Bickley, and Timothy E. Warriner, counsel for ROBERT EBERLE and Joseph J. Wiseman, counsel for BARBARA EBERLE, that the Trial Confirmation Hearing presently set for July 13, 2012, be continued to July 20, 2012, at 9:00 a.m.

     The parties are entering this Stipulation to permit the defendants to review and discuss with their counsels the plea agreements the Government recently provided to the defense. The parties anticipate that Robert and Barbara Eberle will enter a change of plea on July 20, 2012.  The parties further agree and stipulate that the ends of justice

1

served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow defense counsel time to review the newly provided discovery, discuss possible resolution with government, and analyze how best to proceed with the case) from the date of the parties' stipulation, July 10, 2012, to and including July 20, 2012.

IT IS SO STIPULATED.

Dated: July 10, 2012					Respectfully submitted,

							WISEMAN LAW GROUP, P.C.

							By: /s/ Joseph J. Wiseman
							JOSEPH J. WISEMAN

							Attorney for Defendant
							Barbara Eberle

Dated: July 10, 2012

							By: /s/ Timothy E. Warriner
							TIMOTHY E. WARRINER
							Attorney for Defendant
							Robert Eberle

Dated: July 10, 2012					BENJAMIN B. WAGNER
							United States Attorney

							By: /s/ R Steven Lapham
							R. STEVEN LAPHAM
							LEE S. BICKLEY
							Assistant U.S. Attorneys
							Attorney for the United States

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
1477 Drew Avenue, Suite 106
Davis, California 95618
Telephone: 530.759.0700
Facsimile: 530.759.0800

**Attorney for Defendant**
   **BARBARA EBERLE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-07-366 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL CONFIRMATION HEARING |
| v. | |
| Barbara Eberle, et al. | Time: 9:00 a.m. |
| | Date: July 13, 2012 |
| Defendant. | Judge: Garland E. Burrell, Jr. |

GOOD CAUSE APPEARING, it is hereby ordered that the trial confirmation hearing presently set for July 13, 2012 be continued to July 20, 2012 at 9:00 a.m.

I find that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to July 20, 2012.

IT IS SO ORDERED.

**Date: 7/11/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge