HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Sacramento, California 95661
Telephone: (916) 622-1703
Fax: (916) 443-5084
email:chrishaydn@sbcglobal.net

Attorney for Defendant
Mark Wolok

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR S-07-0366 GEB |
| Plaintiff, | APPLICATION FOR TRANSPORTATION ORDER; ORDER FOR TRANSPORTATION |
| v. | |
| MARK WOLOK, | PURSUANT TO 18 U.S.C. 4285 |
| Defendant. | |

**Procedural History**

In this matter, the United States Attorney's Office has written and sent a Plea Agreement to defendant Mark Wolok. Counsel intends to meet with Mr. Wolok next week and then ask the Court to set a change of plea hearing on July 20th, 2012 at 9:00 a.m. before the Honorable Garland E. Burrell, Jr. Mr. Wolok currently lives in Michigan, and he is indigent.

**Application**

Application is hereby made for an Order for Transportation and subsistence for defendant Mr. Mark Wolok to travel to Sacramento, California from Detroit, Michigan to meet with counsel and then to appear before the Honorable Garland E. Burrell, Jr. on July 20, 2012 at 9:00 a.m..

Mr. Wolok has advised counsel that he is unable to afford travel and is requesting that transportation be arranged for his one-way travel from Detroit, Michigan to Sacramento, on July 17th, 2012. The reason for the early arrival is to allow Mr. Wolok time to meet with counsel, and review the Plea Agreement.

Wherefore, in the interests of justice, the Court is requested to arrange for Mr. Wolok's means of noncustodial transportation or furnish the fare for such transportation; and, in addition, to direct the United States Marshal to furnish Mr. Wolok with an amount of money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code, and pursuant to 18 U.S.C. Section 4285.

Dated: July 12, 2012                    Respectfully submitted,

/s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Mark Wolok

## ORDER

TO: UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA.

GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT:

The United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, Mark Wolok, with one-way transportation from Detroit, Michigan to Sacramento, California on July 18th, 2012, and subsistence not to exceed the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code.

Mr. Wolok is indigent and financially unable to travel to Sacramento, California without transportation expenses. This request is authorized pursuant to 18 U.S.C. Section 4285.

**IT IS SO ORDERED.**

Dated: July 13, 2012

_____

GARLAND E. BURRELL, JR.

Senior United States District Judge

2