Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Robert Eberle

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT EBERLE and BARBARA EBERLE,<br><br>Defendants. | Case No. 07-0366 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING |

It is hereby stipulated by and between Timothy E. Warriner, counsel for Robert Eberle, Joseph Wiseman, counsel for Barbara Eberle, and Lee Bickley, counsel for the government, that the judgment and sentencing date now set for May 24, 2013 be continued to July 19, 2013 at 9:00 a.m. The purpose of the continuance is to afford defense counsel additional time to respond to the draft presentence investigation report, to confer with their clients, and to otherwise prepare for imposition of judgment and sentence. The probation officer has been advised of the proposed date and has no objection thereto. The parties stipulate that the court shall adopt the following schedule concerning the presentence investigation report:

Judgment and Sentencing Date: July 19, 2013

Reply or Statement of Non-Opposition: July 12, 2013

\\\

1

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and Served on the Probation Officer and opposing Counsel no later than: | July 5, 2013 |
| The Presentence Report shall be filed With the Court and disclosed to counsel No later than: | June 28, 2013 |
| Counsel's written objections to the Presentence Report (already disclosed to Counsel) shall be delivered to the Probation Officer and opposing Counsel no later than: | June 21, 2013 |

DATED: May 9, 2013          /s/ Timothy E. Warriner, Attorney for Defendant, Robert Eberle

DATED: May 9, 2013          /s/ Joseph J. Wiseman, Attorney for Defendant, Barbara Eberle

DATED: May 9, 2013          /s/ Lee S. Bickley, Attorney for the Government

## ORDER

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties, that the judgment and sentencing hearing now scheduled for May 24, 2013, is continued to July 19, 2013 at 9:00 a.m. The court adopts the schedule concerning the presentence investigation report pursuant to the parties' stipulation.

**Date:  5/10/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge